IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS BENTON DIVISION

| | |
|---|---|
| LARRY MEDLIN, ) | |
| ) | Case No. 13-1250-DRH-PMF |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| BOB EVANS FARMS, INC., ) | |
| JENNIFER BRENDEL, AND MARK ) | |
| UNDERWOOD ) | |
| Defendant. ) | |
| ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE AND
ORDER FOR JUDGMENT OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, through their respective attorneys, that the above-entitled action may be and hereby is dismissed, with prejudice, and without costs to any party; and the Clerk of the above-named Court, upon the filing of this Stipulation, is hereby authorized and directed to dismiss said action.

Respectfully submitted,

| DONNA LAW FIRM, P.C. | MAAG LAW FIRM, LLC |
|---|---|
| /s Julius W. Gernes | /s Peter J. Maag |
| Julius W. Gernes, (#189704) | Peter J. Maag, (#6286765) |
| 7601 France Avenue South | 22 West Lorena |
| Suite 350 | Wood River, IL 62095 |
| Minneapolis, MN 55435 | Telephone: 618.216.5291 |
| Telephone: 952.562.2460 | Fax: 618.551.0421 |
| Fax: 952.562.2461 | ATTORNEYS FOR PLAINTIFF |
| ATTORNEYS FOR DEFENDANT | |

## ORDER FOR JUDGMENT OF DISMISSAL

BASED UPON THE FOREGOING STIPULATION OF DISMISSAL, IT IS HEREBY ORDERED that the above-entitled matter shall be dismissed on the merits with prejudice, but without further costs and disbursements to any party.

Dated: _____, 2014.  _____
                                                    Judge of District Court

LET JUDGMENT BE ENTERED ACCORDINGLY FORTHWITH.