UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

LARRY MEDLIN,

    Plaintiffs,

v.

BOB EVANS FARMS, INC., et al,

    Defendant.                             No. 13-cv-1250-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   This matter is before the court on the Stipulation of Dismissal executed by plaintiffs and defendant.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order Dismissing Case (Doc. 21), entered on July 8, 2014, this case is **DISMISSED** with prejudice.

                                              JUSTINE FLANAGAN,
                                              ACTING CLERK OF COURT

                                              BY:     /s/*Caitlin Fischer*
                                                             Deputy Clerk

Dated:   July 8, 2014

Digitally signed by
David R. Herndon
Date: 2014.07.08
11:28:06 -05'00'

APPROVED:
          CHIEF JUDGE
          U. S. DISTRICT COURT